UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 25-CR-52-JEB |
| **DAVID WILLIAMS** | : | |

### UNOPPOSED MOTION TO CONTINUE HEARING

David Williams, through undersigned counsel, respectfully requests this Honorable Court reset the status conference currently scheduled for July 25, 2025 for approximately three weeks. The parties have been discussing a resolution short of trial and are close to an agreement. Undersigned counsel has conferred with counsel for the government, who does not oppose this request. Mr. Williams does not object to the exclusion of time under the Speedy Trial Act until the next hearing date.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Tezira Abe
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500